The People of the State of New York ex rel. Charles S. Garrison, Relator, v. Isaac E. Pye and Others, as the Town Board of Audit of the Town of Orangetown, Rockland County, New York, Respondents.— Writ of certiorari dismissed, with fifty dollars costs and disbursements. No opinion. Hirschberg, P. J., Gaynor, Burr, Rich and Miller, JJ., concurred.

The People of the State of New York ex rel. Martin Schupner, Relator, v. Isaac E. Pye and Others, as the Town Board of Audit of the Town of Orangetown, Rockland County, New York, Respondents.— Writ of certiorari dismissed, with fifty dollars costs and disbursements. No opinion. Hirschberg, P. J., Gaynor, Burr, Rich and Miller, JJ., concurred.

Karl Sauter, Respondent, v. Walter Hernandez, Appellant.— Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Gaynor, Burr, Rich and Miller, JJ.

James M. Seaman, Respondent, v. Anton Weiss, Appellant.— Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ.

William Sinn, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.

William F. Stodder, Appellant, v. New England Navigation Company, Respondent.— Judgment and order of the Municipal Court affirmed by default, with costs. Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ., concurred.

Irene Warden, an Infant, by William E. Warden, Her Guardian ad Litem, Respondent, v. Patrick J. Murray and David J. Stewart, Doing Business under the Firm Name and Style of P. J. Murray & Co., and The City of New York, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ.

Aaron J. Woodman, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Gaynor, Burr and Rich, JJ.